UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIDDLE-ALI,<br><br>        Plaintiff,<br><br>    v.<br><br>UNKNOWN,<br><br>        Defendant. | Case No. 22-cv-07283-JSC<br><br>**ORDER OF DISMISSAL** |

On November 18, 2022, the Clerk opened this matter based upon a documents received from Plaintiff complaining about the conditions of his confinement in a state prison in Marquette, Michigan. On the same day, the Clerk notified Plaintiff that he had neither paid the filing fee nor completed an application to proceed in forma pauperis ("IFP"), and that he must file his claims in a complaint. The Clerk mailed Plaintiff the Court's IFP application and form complaint along with the deficiency notices, as well as a stamped return envelope and instructions for completing the forms. The notice informed him that the case would be dismissed if he did not file a complaint and either pay the filing fee or file a completed IFP application within 28 days. No response has been received. As Plaintiff has not filed a Complaint, paid the filing fee, or completed an IFP application, and he has not shown cause why not, this case is DISMISSED without prejudice.[1]

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: February 3, 2023

_____
JACQUELINE SCOTT CORLEY
United States District Judge

---

[1] Plaintiff is advised that he may still pursue his claims by filing a complaint in a new case in the United States District Court for the Western District of Michigan, which is the federal court that governs the area where he is incarcerated.